

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-19-00110-CV

**IN RE ACADEMY, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice[2]
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

On March 1, 2019, relator filed a petition for writ of mandamus and a motion for emergency stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than March 22, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The trial court's Order allowing the deposition of Mr. Mark Barnes is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 6, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI23341, styled *Chris Ward, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.

[2] Justice Martinez would deny the petition without requesting a response.